Personal injury action by Alfonso Spinelli, by Fiore Spinelli, his guardian ad litem, against McMullen, Snare & Treist, Incorporated. From a judgment for plaintiff, defendant appeals. Reversed, and complaint dismissed.

Argued June term, 1914, before SEABURY, PAGE, and BIJUR, JJ.

Halsey, Kiernan & O'Keefe, of New York City (John R. Halsey, of New York City, of counsel), for appellant.

Domenick A. Montani, of New York City, for respondent.

PER CURIAM. The service of a notice in conformity to the statute was a condition precedent to the plaintiff's right to recover. The alleged notice served did not comply with the statute. Logerto v. Central Building Co., 198 N. Y. 390, 91 N. E. 782.

Judgment reversed, with costs, and complaint dismissed, with costs.

---

### SPINELLI v. McMULLEN, SNARE & TREIST, Inc.

(Supreme Court, Appellate Term, First Department.     June 18, 1914.)

MASTER AND SERVANT (§ 252*)—INJURY TO SERVANT—NOTICE UNDER EMPLOYERS' LIABILITY ACT.

Service of notice in conformity to the Employers' Liability Act (Consol. Laws, c. 31, §§ 200–204) is a condition precedent to the right of an employé to recover for a personal injury.

[Ed. Note.—For other cases, see Master and Servant, Cent. Dig. § 806; Dec. Dig. § 252.*]

Appeal from Municipal Court, Borough of the Bronx, Second District.

Action under the Employers' Liability Act by Pasquale Spinelli, by Fiore Spinelli, his guardian ad litem, against McMullen, Snare & Treist, Incorporated, to recover for personal injuries to plaintiff. From a judgment for plaintiff, defendant appeals. Reversed, and complaint dismissed.

Argued June term, 1914, before SEABURY, PAGE, and BIJUR, JJ.

Halsey, Kiernan & O'Keefe, of New York City (John R. Halsey, of New York City, of counsel), for appellant.

Domenick A. Montani, of New York City, for respondent.

PER CURIAM. The service of a notice in conformity to the statute was a condition precedent to the plaintiff's right to recover. The alleged notice served did not comply with the statute. Logerto v. Central Building Co., 198 N. Y. 390, 91 N. E. 782.

Judgment reversed, with costs, and complaint dismissed, with costs.